IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA ex rel. JACQUES AURELUS | : | CIVIL ACTION |
| v. | : | |
| CHARLES ZEMSKI, et al. | : | NO. 02-4517 |

<u>ORDER</u>

AND NOW, this _____ day of July, 2002, it appearing that petitioner has applied for leave to proceed in forma pauperis in this 28 U.S.C. §2241 proceeding, and

it further appearing that petitioner has $581.43 in his prison account, it is hereby

ORDERED that petitioner's application for leave to proceed in forma pauperis is denied, and it is further

ORDERED that petitioner must submit a five dollar filing fee to this court within thirty days, or else this action will be dismissed.

_____
STEWART DALZELL, J.