```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| ex rel JACQUES AURELUS | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLES ZEMSKI and IMMIGRATION | : | |
| AND NATURALIZATION SERVICE | : | NO. 02-4517 |

ORDER

AND NOW, this 13th day of August, 2002, Jacques Aurelus having now paid the filing fee necessary for the Court to adjudicate his petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2241, it is hereby ORDERED that the Government shall RESPOND to the petition by September 30, 2002.

BY THE COURT:

_____
Stewart Dalzell, J.