IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America Ex Rel Jacques Aurelus | : :  |
| Petitioner, | : CIVIL ACTION NO.02-4517 : |
| vs. | : : |
| Charles Zemski, Immigration and Naturalization Service | : : : |
| Respondents. | : : : |

<u>ENTRY OF APPEARANCE</u>

    Kindly enter my appearance on behalf of the Respondent in the above-captioned matter.

                              STEPHEN J. BRITT
                              Assistant United States Attorney
                              615 Chestnut Street, Suite 1250
                              Philadelphia, PA 19106
                              (215) 861-8443

Dated: August 14, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

        Jacques Aurelus
        Berks County Prison
        1287 County Welfare Road
        Leesport, PA 19533-9397

        Pro se


        STEPHEN J.  BRITT
        Assistant United States Attorney


Dated: August 14, 2002