UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
YORK, PA

FILE: A90-654-069

IN THE MATTER OF:

AURELUS, JACQUES DIMANCHE

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Immigration and Naturalization Service and the respondent, it is hereby

\_\_\_\_\_   ORDERED that the request for a change in custody status be denied.

\_\_\_\_\_   ORDERED that the request be granted and that respondent be:

\_\_\_\_\_   released from custody on his own recognizance

\_\_\_\_\_   released from custody under bond of $_____

__X__   OTHER  NO JURISDICTION MATTER OF Cabado.

Copy of this decision has been served on the respondent and the Service.

APPEAL: waived -- reserved   12/20/01

YORK -- YORK COUNTY PRISON

Date: Nov 20, 2001

JOHN F. GOSSART, JR.
Immigration Judge

X5

RYS