## *Certificate of Service*

I certify hereby that on the 11th Day of September, 2002, I personally served or caused to be served a copy of the attached Government's Response To Petition For Writ of Mandamus, addressed to:

> Jacques Dimanche AURELUS A90 654 069
> Berks County Prison
> 1287 County Welfare Road
> Leesport, PA                19533-9397
>
> *petitioner*,

by first class mail service upon petitioner.

_____
STEPHEN J. BRITT
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8443
(215) 861-8642   telecopier